■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. COLE, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Allegany County Court, Feeman, Jr., J.—criminal possession of forged instrument, second degree.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FORSHEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Dillon, J.—attempted criminal sale of controlled substance, third degree.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND A. WIRTH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—felony driving while intoxicated.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD LAZARUS, Appellant.—Judgment unanimously reversed on the law and indictment dismissed. Memorandum: Defendant's motion to suppress the physical evidence seized from defendant's vehicle and from his person should have been granted. Although the vehicle was lawfully stopped for speeding, the officer's alleged observation of cigarette-rolling paper in the center console and a hand-rolled cigarette butt in the ashtray did not constitute probable cause for a search of the vehicle (see, People v Baldon, 51 AD2d 880; People v Franklin, 46 AD2d 189). While questioning defendant on matters unrelated to the speeding charge, the Trooper asked defendant if he could look in the car, and defendant told him to go ahead. Permission to look into the vehicle did not amount to consent to search the vehicle (see, People v Guzman, 153 AD2d 320). (Appeal from judgment of Cayuga County Court, Corning, J.—criminal possession of controlled substance, fourth degree.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.